MOHAWK CARPET MILLS, INC., Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 25201.)

Argued June 4, 1946; decided July 23, 1946.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Edward L. Ryan* and *John R. Davison* of counsel), for appellant. *Coleman Taylor* and *William H. Bennison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Conway, Desmond, Thacher and Fuld, JJ. Lewis, J., dissents and votes to dismiss the appeal without prejudice to an application to the Court of Claims to enter a judgment upon the combined old and new findings and without prejudice to an appeal therefrom. Taking no part: Dye, J.